| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | CASE NO. 1:19-CR-16 |
| KEVIN LLOYD CRAVEN, SR. | § § | |

## MEMORANDUM AND ORDER

Pending before the court is Defendant Kevin Lloyd Craven Sr. ("Craven") *pro se* Motion to Terminate Supervised Release (#4), wherein he seeks early termination of his term of supervision. The instant motion is similar to a motion filed by Craven on February 6, 2019, and denied by this court on March 19, 2019. The instant motion fails to identify any new or exceptional circumstances. Therefore, for the reasons set forth in this court's March 19, 2019, Memorandum and Order (#3), Craven's Motion to Terminate Supervised Release (#4) is DENIED.

SIGNED at Beaumont, Texas, this 11th day of August, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE